■ The People of the State of New York, Respondent, v JnJacques Cesar, Appellant. [774 NYS2d 398]—

Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered April 25, 2002, convicting him of criminal sale of a controlled substance in the third degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was not denied his right to due process because of an unreasonable delay in prosecution (*see People v Vernace,* 96 NY2d 886, 888 [2001]; *People v Taranovich,* 37 NY2d 442, 447 [1975]). The People presented a reasonable explanation for the 13-month delay in arresting the defendant (*see People v Kirkley,* 295 AD2d 759, 760 [2002]; *People v Quiroz,* 192 AD2d 730 [1993]; *People v Donovan,* 141 AD2d 835, 836 [1988]; *People v Bryant,* 65 AD2d 333, 337 [1978]; *cf. People v Singer,* 44 NY2d 241, 254 [1978]). Furthermore, no hearing was necessary on the defendant's motion to dismiss the indictment because the record was fully developed as to the reasons for the delay (*see People v Black,* 128 AD2d 715 [1987]; *cf. Matter of Benjamin L.,* 92 NY2d 660, 670 [1999]; *People v Singer, supra*). Prudenti, P.J., Ritter, Luciano and Crane, JJ., concur.